UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SAMANTHA EISELE,<br><br>Plaintiff,<br><br>v.<br><br>REGENTS OF UNIVERSITY OF CALIFORNIA and ALPHA EPSILON PHI,<br><br>Defendants. | Case No. CV 23-6168-DMG (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMNEDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Fourth Amended Complaint, the records herein, and the Report and Recommendation of a United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Plaintiff's Fourth Amended Complaint is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff.

DATED: September 29, 2025

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE