UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SAMANTHA EISELE,<br><br>Plaintiff,<br><br>v.<br><br>REGENTS OF UNIVERSITY OF CALIFORNIA and ALPHA EPSILON PHI,<br><br>Defendants. | Case No. CV 23-6168-DMG (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: September 29, 2025

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE